MALÉN VDA. DE VALLS, recurrente, *v.* COMISIÓN INDUSTRIAL
DE PUERTO RICO, ETC., demandada.

Número: 587    Resuelto: 7 de junio de 1962

*Benjamín Ortiz,* abogado de la recurrente; *Ángel de Jesús Matos*
y *Carmen Ana Archeval,* abogados del Administrador del
Fondo del Seguro del Estado.

Sala integrada por el Juez Presidente señor Negrón Fernández
y los Jueces Asociados señores Blanco Lugo y Dávila.

SENTENCIA

El señor Carlos H. Valls falleció el 21 de marzo de 1958
a la edad de 63 años, y su muerte fue certificada como
causada por una trombosis coronaria debida a hipertensión
arterial.   Desde septiembre de 1955 trabajaba con la firma
Sucesores de Abarca como ingeniero mecánico dedicado al
diseño e instalación de centrales azucareras.   Su labor le
requería la preparación de planos para desmontar y montar
ingenios, y su último trabajo se relacionó con la instalación
del Ingenio Esperanza en la República Dominicana.   Para
ello realizaba frecuentes viajes entre dicha república y
Puerto Rico.   Su esfuerzo era mental y no efectuaba es-
fuerzo físico alguno en su trabajo.   No tenía horario fijo
ni se le exigió que terminara la referida labor de instalación
dentro de un límite específico de tiempo.

El día de su deceso regresó a su hogar de las oficinas locales del patrono alrededor de las 6:20 P. M. No había tenido contratiempos ni disgustos en el trabajo; se le notaba contento y satisfecho. Después de comer se entretuvo leyendo en el balcón del apartamiento donde vivía. Se acostó y poco tiempo después se despertó con un fuerte dolor. Falleció minutos después a consecuencia del mal cardiaco indicado.

El Administrador del Fondo del Estado denegó la solicitud de compensación y la Comisión Industrial confirmó su actuación.

De los hechos según revelados por la prueba no puede afirmarse que se estableciera relación causal entre la labor realizada y el deceso ocurrido, o sea, no se estableció satisfactoriamente que la labor realizada por el occiso contribuyera al resultado final mediante la agravación, aceleración o precipitación de la enfermedad. *Vda. de Fernández* v. *Comisión Industrial,* 85 D.P.R. 298 (1962); *Núñez Rivera* v. *Comisión Industrial,* 85 D.P.R. 379 (1962); *Vda. de Cuquerella* v. *Comisión Industrial,* 85 D.P.R. 516 (1962). Los hechos más bien demuestran que la muerte sobrevino debido al desarrollo natural y curso normal de la enfermedad cardiovascular de la cual padecía desde hacía tiempo, sin relación con el esfuerzo o labor realizados.

*Se confirma la resolución dictada por la Comisión Industrial en 30 de junio de 1960.*

Así lo pronunció y manda el Tribunal y firma el señor Juez Presidente.

(Fdo.) LUIS NEGRÓN FERNÁNDEZ,
*Juez Presidente.*

Certifico:

(Fdo.) IGNACIO RIVERA,
*Secretario.*